SHANNON D. WILLEY,

       Plaintiff,

v.                                    Case No.  6:12-cv-319-Orl-TBS

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____

## ORDER

The parties consented to the Magistrate Judge conducting all proceedings in this case, including trial, the entry of final judgment and all post-trial proceedings and the District Judge entered his Reference Order on May 29, 2012.  (Doc. 15)

Now pending before the Court is Plaintiff's Uncontested Motion to Dismiss (Doc. 21). Plaintiff represents that she has contacted the attorney for the Defendant and he has no objection to the relief requested.

Upon due consideration, the motion is GRANTED:

(1) This case is DISMISSED with each party to bear its own legal expenses; and

(2) The Clerk of the Court is directed to CLOSE the file.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on July 26, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel